In the Matter of the Accounting of CECELIA PURCELL, as Executrix of GRACE L. STAFFORD, Deceased, Appellant.

FRANK J. RIORDAN, Respondent.

Argued November 24, 1942; decided January 14, 1943.

*Gerald H. Murphy* and *Emile E. Rathgeber* for appellant.
*John C. McDermott* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.